

# FRANK X. MOORE & ASSOCIATES
Attorneys At Law
1847 Peeler Road, Suite D
Atlanta, Georgia 30338

Francis X. Moore
fmoore@fxm-law.com

Writer's Direct Dial
(404) 849-6176

March 16, 2011

**VIA U.S. MAIL**

Clerk of Court
United States District Court
North District of Georgia, Atlanta Division
2211 Russell Federal Bldg.
75 Spring Street, SW
Atlanta, Georgia 30303

      Re: *Phuc Quang Le v. World Marketing Alliance, Inc. and S. Hubert Humphrey, Jr.*
           USDC ND of Ga, Atlanta Division, Civil Action File No.: 1:10-CV-00408-WCO

Dear Clerk:

    We represent the Plaintiff, Phuc Quang Le ("Mr. Le"), which received a judgment in the above-referenced case on December 30, 2010. A copy of that Judgment is enclosed for your convenience. At this time, we would like to obtain a Writ of Execution. In that regard, enclosed are one original and one copy of a completed Writ of Execution form. Please have the Court execute and enter the Writ and return the original to our office in the enclosed self-addressed, stamped envelope.

    I trust that you will find the foregoing in order and I appreciate your assistance in this matter. If you have any questions, please do not hesitate to contact me.

                                        Very truly yours,

                                        Francis X. Moore

Enclosures